# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SANDRA LOUISA REES,

        Plaintiff,

vs.                                                                               No. 2:20-cv-00575-KWR-LF

KILOLO KIJAKAZI,[1] Acting Commissioner
of the Social Security Administration,

        Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

        The Magistrate Judge filed her Proposed Findings and Recommended Disposition on November 19, 2021 (Doc. 29). The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

        Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 29) are **ADOPTED**;

2.     Plaintiff's Motion to Remand (Doc. 22) is **GRANTED**, and this matter is **REMANDED** to the Commissioner for an immediate award of benefits.

3.     A final order is **ENTERED** concurrently herewith.

**IT IS SO ORDERED.**

---

[1] Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration on July 9, 2021, and is automatically substituted as the defendant in this action. FED. R. CIV. P. 25(d).

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**